IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Jarrett Killian,<br><br>      Plaintiff,<br><br> vs.<br><br>John G. Fuller and Pennymac Loan Services, LLC,<br><br>      Defendants. | Civil Action No. 1:25-cv-252 |

**Notice of Removal**

Defendant PennyMac Loan Services, LLC ("Pennymac"), with the consent of Defendant John G. Fuller, removes the above-referenced action under 28 U.S.C. §§ 1331, 1367, 1441, and 1446 from the Burke County, North Carolina General Court of Justice, Superior Court Division, as Civil Action No. 25 CVS 986, to the United States District Court for the Western District of North Carolina, Asheville Division. Pennymac denies the allegations of the Complaint and files this Notice without waiving any defenses, motions, or rights that may exist in its favor in either state or federal court.

I. **The procedural requirements for removal have been satisfied.**

 A. **This Notice of Removal is timely filed.**

Plaintiff Jarrett Killian ("Plaintiff") commenced this lawsuit by filing a Summons and Complaint on June 27, 2025. Plaintiff sent the pleadings and a

civil summons to Pennymac on July 9, 2025. This Notice of Removal is filed within thirty days of Pennymac's first receipt of the action and is timely under 28 U.S.C. § 1446(b)(2). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

### B. Pennymac has attached a copy of the pleadings and given notice.

True and correct copies of the Complaint and all process, pleadings, and other materials received by Pennymac in this action are attached as **Exhibit 1** and are being filed with this Notice of Removal. Pennymac has confirmed with the Clerk of Court of Burke County, North Carolina that no further materials have been filed as of August 8, 2025.

As evidenced by the declaration of service, Pennymac is providing written notice of this Removal to Plaintiff, Defendant John G. Fuller, and the state court under 28 U.S.C. § 1446(d).

### C. Defendant Fuller has consented to removal.

Under the removal-procedure statute, when a defendant removes an action under § 1441(a), like here, "all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Here, Plaintiff also purported to name as a defendant attorney John G. Fuller. Although Pennymac maintains Mr. Fuller has been

Page 2 of 6
Case 1:25-cv-00252-MR-WCM    Document 1    Filed 08/08/25    Page 2 of 6

fraudulently joined, *see Johnson v. Am. Towers, LLC*, 781 F.3d 693, 704 (4th Cir. 2015), so he has not been "properly joined and served" under § 1446. He has consented, so removal is proper under § 1446(b)(2)(A).

### D. The Division is proper.

This division is the proper division for removal because the state court action was filed in Burke County, North Carolina. 28 U.S.C. § 1446(a).

## II. This Court has federal question jurisdiction over Plaintiff's claims.

This action is within the original jurisdiction of the United States District Court for the Western District of North Carolina pursuant to 28 U.S.C. § 1331. Plaintiff has asserted a federal cause of action under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681–1681x. (Compl. ¶¶ 29–33.) This invocation of federal law supports removal. *See Mulcahey v. Columbia Organic Chemicals Co.*, 29 F.3d 148, 151 (4th Cir. 1994) ("In cases where federal law creates the cause of action, the courts of the United States unquestionably have federal subject matter jurisdiction." (emphasis in original)). As such, this action is subject to removal based on federal question jurisdiction.

## III. The Court also has supplemental jurisdiction over any remaining claims.

Plaintiff's claims are all derived "from a common nucleus of operative fact." *See Exxon Mobil Corp. v. Allapattah Servs., Inc.*, 545 U.S. 546, 588 (2005).

Indeed, all of Plaintiff's claims incorporate the same factual allegations as the federal claim, (Compl. ¶¶ 15, 21, 29), which also incorporates all the preceding paragraphs by refrence. (*See* Compl. ¶ 29.) Therefore, the Court also has supplemental jurisdiction over any claim for which it lacks original jurisdiction. 28 U.S.C. § 1367.

## IV. Request for briefing and oral argument.

If any question arises as to the propriety of removal, Pennymac requests the chance to present briefs, oral argument, and if necessary, affidavits and other evidence in support of its position that removal is proper. *See Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 88 (2014); *Ellenburg v. Spartan Motors Chassis, Inc.*, 519 F.3d 192, 199 (4th Cir. 2008).

## Conclusion

Therefore, Pennymac removes this matter from the North Carolina General Court of Justice, Superior Court Division to the United States District Court for the Western District of North Carolina, Asheville Division under 28 U.S.C. §§ 1331, 1367, 1441, and 1446.

**[Signature on following page.]**

Nelson Mullins Riley & Scarborough LLP

By: */s/ Chelsea K. Barnes*
   Matthew A. Abee, N.C. Bar No. 46949
   E-Mail: matt.abee@nelsonmullins.com
   1320 Main Street / 17th Floor
   Post Office Box 11070 (29211-1070)
   Columbia, SC  29201
   (803) 799-2000

   Chelsea K. Barnes, N.C. Bar No. 53378
   E-Mail: chelsea.barnes@nelsonmullins.com
   380 Knollwood Street, Suite 530
   Winston-Salem, NC 27103
   (336) 774-3397

August 8, 2025      *Attorneys for PennyMac Loan Services, LLC*

## Certificate of Service

I hereby certify that on the date set forth below, I filed the foregoing document with the Clerk of the Court, with service to the following parties and/or counsel of record by United States mail, first class, postage prepaid:

>James L. Epperson
>Epperson Law Group, PLLC
>10851 Sikes Place, Suite 100
>Charlotte, NC 28277
>james@epplaw.com
>*Attorney for Plaintiff*
>
>Wesley L. Deaton
>The Deaton Law Firm, PLLC
>PO Box 2459
>3638 N. NC Hwy 16
>Denver, NC  28037
>wldeaton@deatonlegal.net
>*Attorney for Defendant John G. Fuller*

>Nelson Mullins Riley & Scarborough LLP
>
>By: */s/ Chelsea K. Barnes*
>
>Chelsea K. Barnes, N.C. Bar No. 53378
>E-Mail: chelsea.barnes@nelsonmullins.com
>380 Knollwood Street, Suite 530
>Winston-Salem, NC 27103
>(336) 774-3397

August 8, 2025               *Attorney for PennyMac Loan Services, LLC*